UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| ELRICK J. GALLOW | DOCKET NO. 6:04-cv-1905 |
| VERSUS | JUDGE TUCKER L. MELANÇON |
| WARDEN LYNN COOPER, ET AL. | MAGISTRATE JUDGE HANNA |

### JUDGMENT

This matter was referred to United States Magistrate Judge Patrick J. Hanna for report and recommendation. After an independent review of the record, and consideration of the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is therefore

**ORDERED** that plaintiff's petition is **DISMISSED WITH PREJUDICE**.

Thus done and signed in Lafayette, Louisiana, this 31st day of August, 2010.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE